AO 120 (Rev. 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **District of Massachusetts** on the following ☐ Patents or ☒ Trademarks

| DOCKET NO. | DATE FILED 08/20/2004 | U.S. DISTRICT COURT District of Massachusetts |
|---|---|---|
| PLAINTIFF ASCENTIAL SOFTWARE CORPORATION | | DEFENDANT XCENTIAL GROUP, LLC. |

04 11818 GAO

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2640730 | October 22, 2002 | ASCENTIAL SOFTWARE CORPORATION |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to the Commissioner
Copy 2 - Upon filing of document adding patent(s), mail this copy to the Commissioner
Copy 3 - Upon termination of action, mail this copy to the Commissioner
Copy 4 - Case file copy