UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASCENTIAL SOFTWARE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>XCENTIAL GROUP, LLC<br><br>Defendant. | Civil Action No. 04-11818-GAO |

### Stipulation of Dismissal Without Prejudice

Pursuant to Rule 41(a)(1)(i), no answer by the defendant having been served, Plaintiff ASCENTIAL SOFTWARE CORPORATION hereby dismisses the above entitled action without prejudice, each side to bear its own fees and costs.

ASCENTIAL SOFTWARE CORPORATION

/s/ Michael P. Boudett

Michael P. Boudett, BBO No. 558757
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617/832-1000

- 1 -